UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACEN DAVIDSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALISHA MORGAN, et al., <br><br> Defendants. | Case No.: 3:23-cv-00050 <br><br> *Judge Eli J. Richardson* <br> *Magistrate Judge Barbara D. Holmes* |

## MOTION FOR DEFAULT JUDGMENT BY THE COURT

The Clerk entered default against Shaun Morgan ("S. Morgan") in this action on June 7, 2023 (Docket Entry No. 29).

Pursuant to Fed. R. Civ. P. 55(b)(2), Jacen Davidson ("Trustee") and Iron Workers of Tennessee Valley And Vicinity Welfare Fund, Iron Workers of Tennessee Valley And Vicinity Pension Fund, and Iron Workers of Tennessee Valley and Vicinity Annuity Fund ("Plaintiff Funds") respectfully move this Court to enter default judgment against S. Morgan in the amount of $637,571.43.

Plaintiffs provide the following in support of this Motion:

1. A supporting memorandum of law, filed contemporaneously;
2. The declaration of Kimberly Reynolds, Fund administrative employee, with relevant plan documents; and
3. The declaration of Karla Campbell, Plaintiffs' counsel.

Respectfully submitted,

/s/ *Karla M. Campbell*
Karla M. Campbell, BPR No. 27132
R. Jan Jennings, BPR No. 1536
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel. (615) 254-8801
Email: kcampbell@stranchlaw.com
Email: jjennings@stranchlaw.com

*Counsel for Trustee and Plaintiff Funds*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via the court's CM/ECF filing system upon:

Denis G. ("Gray") Waldron
Henry E. ("Ned") Hildebrand, IV
Dunham Hildebrand, PLLC
2416 21ST Avenue South, Suite 303
Nashville, Tennessee 37212
*gray@dhnashville.com*
*ned@dhnashville.com*

*Counsel for Defendant Alisha Morgan*

and via First-Class U.S. Mail. Postage pre-paid upon:

Shaun Morgan
1145 Earl Leach Road
Cumberland Furnace, TN 37051

This 9th day of February 2024

/s/ *Karla M. Campbell*
Karla M. Campbell