UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACEN DAVIDSON, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ALISHA MORGAN, et al.,<br><br>  Defendants. | Case No.: 3:23-cv-00050<br><br>*Judge Eli J. Richardson*<br>*Magistrate Judge Barbara D. Holmes* |

## CONSENT JUDGMENT AGAINST ALISHA MORGAN

Upon agreement of Plaintiffs Jacen Davidson, the Iron Workers of Tennessee Valley and Vicinity Welfare Fund, Iron Workers of Tennessee Valley and Vicinity Pension Fund, and Iron Workers of Tennessee Valley and Vicinity Annuity Fund (collectively "Plaintiffs") and Defendant Alisha Morgan ("Ms. Morgan"), and in compromise and settlement of all claims against Ms. Morgan in the above-captioned action, they each hereby consent to the entry of judgment in terms herein described. Ms. Morgan admits to the jurisdiction of the Court over her and over the subject matter of this action. Ms. Morgan admits that this Court has the authority to enforce this judgment and that this Court is the most appropriate venue for any subsequent enforcement action.

It appearing to the Court that jurisdiction lies and the Court is otherwise empowered to provide the relief to which the parties have agreed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Ms. Morgan is liable to the Plaintiff Fund as alleged in the Complaint, Dkt. 1.

2. Ms. Morgan agrees to pay to the Plaintiffs, and Plaintiffs agree to accept in satisfaction of the debt, the total amount of $100,000 ("Settlement Amount") paid in monthly installments of no less than $500 per month ("Monthly Payment").

1

3. Each Monthly Payment must be received by Plaintiffs' counsel, at the address listed below, on or before the 5th day of each month. The first Monthly Payment shall be due the month following the date of this judgment entered by the Court.

4. Ms. Morgan's failure to effectuate payment as set forth in Paragraphs 2 and 3 ("Default") shall result in the acceleration of the full Settlement Amount.

5. Judgment will therefore enter in the amount of $100,000 against Ms. Morgan. Plaintiffs shall not enforce the judgment except upon Default.

Accordingly, IT IS SO ORDERED this the 19th day of March 2024.

*Eli Richardson*
HON. ELI J. RICHARDSON
United States District Judge


AGREED TO THIS DATE:


*/s/ R. Jan Jennings*
R. Jan Jennings
Karla Campbell
Stranch Jennings & Garvey PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel. (615) 254-8801
Email: jjennings@stranchlaw.com
kcampbell@stranchlaw.com
*Attorneys for Plaintiffs*


*/s/ Gray Waldron*
HENRY E. ("Ned") HILDEBRAND, IV
DENIS G. ("Gray") WALDRON
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
629.777.6519
Email: gray@dhnashville.com
*Attorneys for Alisha Morgan*