IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACEN DAVIDSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:23-cv-00050 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| ELITE STEEL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Order granting Plaintiffs' motion for default judgment, judgment is hereby entered in favor of Plaintiff and against Defendant Shaun Morgan, in the amount of $625,593.35. Plaintiffs are also awarded $11,978.08 in attorney's fees and costs, for a total of $637,571.43.

The claims against the other defendants in this case all have been previously resolved, and there are no outstanding issues to address. The Clerk is directed to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE